THE CITY OF LINCOLN, Plaintiff-Appellant, *v.* VICTOR E. THUDIUM, Defendant-Appellant.

(No. 11334;

Fourth District—August 27, 1971.

Warren Peters, City Attorney, of Lincoln, for appellant.

Edwin C. Mills, of Lincoln, for appellee.